UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :   **SCHEDULING ORDER**
v.                                :
                                  :
                                  :
FOSTER MOORE,                     :   7:25-cr-279 (PMH)
                                  :
                                  :
         Defendant.               :
-----------------------------------------------------------x

An Initial Conference is scheduled for July 9, 2025 at 12:00 p.m. in Courtroom 218 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       July 7, 2025

_____
Philip M. Halpern
United States District Judge