# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

---

> Application granted. Defendant's location monitoring condition is modified from home detention to curfew. Defendant shall be restricted to his residence every day from 9:00 p.m. to 8:00 a.m. All other conditions of Defendant's bail remain in full force and effect. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 33).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 24, 2025

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:  *United States v. Foster Moore*, No. 7:25-cr-00279-PMH

Dear Judge Halpern,

    With the consent of pretrial services and without objection from the government, I write to request that Mr. Moore's location monitoring condition be modified from home detention to curfew. Mr. Moore requests that his curfew hours permit him to be out of the home from 8 AM to 9 PM.

    By way of background, on December 11, 2024, Mr. Moore appeared on a one-count complaint alleging a violation of 18 U.S.C. § 922(g). ECF No. 2. This Court, the Honorable Victoria Reznik presiding, released Mr. Moore on an unsecured $50,000 bond signed by two financially responsible individuals. ECF No. 4. As one of Mr. Moore's conditions of pretrial release, Judge Reznik ordered that Mr. Moore submit to home detention with electronic location monitoring. *Id.*  This matter was indicted on June 20, 2025 and wheeled out to your Honor on June 27, 2025. ECF Nos. 23, 24.

    On July 16, 2025, undersigned counsel spoke with Mr. Moore's supervising Pretrial Services officer, Shannon Finneran, regarding Mr. Moore's request for curfew. Officer Finneran supports the requested modification. Officer Finneran reports that Mr. Moore has been actively engaged in mental health and substance abuse treatment, continues to test negative for controlled substances, remains in full compliance with the Court's location monitoring rules, and communicates with pretrial services as directed.

    On July 21, 2025, the undersigned spoke with Assistant United States Attorney Jeffrey Coffman regarding this request. AUSA Coffman confirmed that the government does not object.

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Thank you for your consideration of this requested bond modification.

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Foster Moore

cc: AUSA Ben Arad
AUSA Jeffrey Coffman
U.S. Pretrial Services Officer Shannon Finneran