# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Application granted. Defendant's curfew condition is modified such that on December 3 and 10 he shall be restricted to his residence from 10:30 p.m. to 8:00 a.m. All other conditions of Defendant's bail remain in full force and effect.  The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 45).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            December 2, 2025

outhern District
treet, 10th Floor
York, NY 10007
(212) 571-0392

fer L. Brown
*ney-in-Charge*

2025

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:  *United States v. Foster Moore*, No. 7:25-cr-00279-PMH

Dear Judge Halpern,

With the consent of pretrial services and without objection from the government, I write to request a modification of Mr. Moore's curfew.

Mr. Moore's curfew currently permits him to be out of the home from 8 AM to 9 PM. Mr. Moore recently enrolled in a driver safety course. On December 3 and December 10, the course will end around 9:45 PM. To permit Mr. Moore sufficient time to get home, we respectfully request that his curfew be extended by 1.5 hours on those dates, so that he may be out of the home from 8 AM to 10:30 PM.

I have spoken to both counsel for the government and Mr. Moore's supervising pretrial services officer regarding this request. Neither party opposes it. Thank you for your consideration of this requested bond modification.

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Foster Moore

cc:    AUSA Ben Arad
       U.S. Pretrial Services Officer Shannon Finneran