# Federal Defenders
## OF NEW YORK, INC.

Southern District

loor

007

392

Tamara Giwa
*Executive Director*

wn
e

> Application granted. The status conference scheduled for December 23, 2025 is adjourned to February 2, 2026 at 3:30 p.m. in Courtroom 520 at the White Plains Courthouse. By January 26, 2026, the parties shall advise the Court whether the status conference should be converted to a change of plea hearing. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 51).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         December 16, 2025

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:  *United States v. Foster Moore*, No. 7:25-cr-00279-PMH

Dear Judge Halpern,

I submit this joint status update and request for adjournment in connection with the Court's November 26, 2025 order. Dkt. No. 44.

The parties remain actively engaged in good-faith plea discussions. The government recently proposed a potential plea to Mr. Moore, which undersigned counsel requires additional time to review with Mr. Moore. Over the past two weeks, I have attempted to schedule client meetings with Mr. Moore to discuss the potential plea, but those efforts have been stalled for two reasons. First, Mr. Moore has been sick with strep throat; and second, Mr. Moore recently learned that his mother has suffered a relapse of her cancer. Mr. Moore's focus over the last few weeks has been caring for his mother and making arrangements with her medical providers for her treatment plan. I plan to meet with Mr. Moore again over the next several weeks to finalize my review of the potential plea with him. Additionally, I have alerted the government to outstanding discovery demands in this case, which would inform potential pretrial defense motions and which the government is working to produce.

In light of the parties' ongoing efforts to resolve this matter short of pretrial litigation and trial, I respectfully request that this Court adjourn the status conference in this matter, currently scheduled for December 23, 2025, by no less than thirty days. The government does not oppose the request. If this request is granted, the parties will provide the Court with an update one week prior to the status conference as to whether the conference should be converted to a change of plea hearing. Should the parties be unable to reach a disposition, the parties anticipate being prepared to set a motion schedule and trial date in this matter at

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

the next status conference. In terms of scheduling, the parties are unavailable January 22, January 28, and the afternoon of January 29.

The Government respectfully requests that the Court exclude time under the Speedy Trial Act through the date of the next conference, under 18 U.S.C. § 3161(h)(7)(A). The Government submits that the purpose of the exclusion of time is for the parties to negotiate toward a pretrial disposition while simultaneously preparing for pretrial motion practice, should it occur in this case. The defense consents this request, in the interest of justice. 18 U.S.C. 3161(h)(7).

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Foster Moore

cc:    AUSA Ben Arad