# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

outhern District
reet, 10th Floor
York, NY 10007
(212) 571-0392

fer L. Brown
*ney-in-Charge*

Application granted. Defendant's curfew condition is modified such that on December 17 he shall be permitted to leave his residence between 8:00 a.m. and 10:30 p.m. All other conditions of Defendant's bail remain in full force and effect.  The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 53).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        December 16, 2025

2025

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:  *United States v. Foster Moore*, No. 7:25-cr-00279-PMH

Dear Judge Halpern,

With the consent of pretrial services and without objection from the government, I write to request a modification of Mr. Moore's curfew.

This Court previously modified Mr. Moore's curfew to permit him to be out of the home from 8 AM to 10:30 PM on December 3 and 10, 2025. The reason for the modification was for Mr. Moore to attend an in-person driver safety course. The December 10 class was cancelled due to inclement weather, and rescheduled to tomorrow, December 17, 2025. Mr. Moore therefore respectfully requests that his curfew be extended by 1.5 hours on December 17.

I have spoken to both counsel for the government and Mr. Moore's supervising pretrial services officer regarding this request. Neither party opposes it. Thank you for your consideration of this requested bond modification.

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Foster Moore

cc:    AUSA Ben Arad
       U.S. Pretrial Services Officer Shannon Finneran