# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

southern District
reet, 10th Floor
ork, NY 10007
(212) 571-0392

fer L. Brown
*ney-in-Charge*

> Application granted. Defendant's curfew condition is modified such that he shall be permitted to leave his residence between 7:00 a.m. and 9:00 p.m. In addition, between February 16-27, 2026, Defendant shall be permitted to leave his residence between 7:00 a.m. and 10:00 p.m. All other conditions of Defendant's bail remain in full force and effect. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 62).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         February 11, 2026

2026

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Foster Moore*, No. 7:25-cr-00279-PMH

Dear Judge Halpern,

With the consent of pretrial services and without objection from the government, I write to request a modification of Mr. Moore's curfew.

Mr. Moore's curfew currently permits him to be out of the home between the hours of 8 AM and 9 PM. Mr. Moore recently began working on some construction projects that require him to be at the job site by 7:30 AM. In addition, Mr. Moore's mother, Debbie Moore, will be undergoing inpatient cancer treatment from February 16 through February 27, and the hospital visiting hours are until 9:30 p.m. For these reasons, Mr. Moore respectfully requests that his curfew be permanently modified to permit him to be out of the home from 7 AM to 9 PM, and that it be temporarily modified to permit him to be out of the home from 7 AM to 10 PM, during the period of February 16, 2026 through February 27, 2026.

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Foster Moore

cc:    AUSA Ben Arad
       U.S. Pretrial Services Officer Shannon Finneran