# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
...treet, 10th Floor
...York, NY 10007
(212) 571-0392

...fer L. Brown
...ney-in-Charge

**Via ECF and Email**

Application granted. Defendant's conditions of release are modified such that his location monitoring condition is modified from curfew to standalone location monitoring with location monitoring technology as directed by the pretrial services or supervising officer. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 74).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
      June 15, 2026

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:  *United States v. Foster Moore*, No. 7:25-cr-00279-PMH

Dear Judge Halpern,

With the consent of pretrial services and without objection from the government, I write to request that Mr. Moore's location monitoring condition be modified from curfew to standalone location monitoring. Mr. Moore has been on continuous pretrial release since December 11, 2024. *See* Dkt. No. 2. He was on home detention from December 11, 2024, through July 24, 2025. On July 24, 2025, this Court reduced his location monitoring from home detention to curfew. Dkt. No. 34.

Mr. Moore now asks that his location monitoring be reduced to standalone location monitoring. Pretrial reports that he remains compliant with the conditions of his pretrial release, has maintained negative drug tests, and continues to engage in treatment for both mental health and substance use. The government does not object to this request.

Thank you for your consideration of this requested bond modification.

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Foster Moore

cc:      AUSA Ben Arad
        U.S. Pretrial Services Officer Shannon Finneran