Application granted. A bail appeal hearing is scheduled for August 12, 2026 at 11:00 a.m. Defendant may submit an opposition to the Government's bail appeal (Doc. 80) by August 6, 2026. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 79).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 21, 2026

Federal Defenders
OF NEW YORK, INC.

...rn District
...10th Floor
...NY 10007
...571-0392

Tamara Giwa
*Executive Director*

...L. Brown
...-Charge

**via ECF and Email**

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Foster Moore*, No. 25 Cr. 279 (PMH)

Dear Judge Halpern,

The government has alerted the defense that it intends to appeal Magistrate Judge Krause's decision to continue Mr. Moore's release pending sentencing in this matter. I write in accordance with the Court's request that the parties place their preferences regarding the scheduling of a bail hearing on the record.

By way of background: on December 11, 2024, Mr. Moore was presented on a Complaint, and appeared before Magistrate Judge Reznik. Dkt. No. 4. Judge Reznik released Mr. Moore on conditions of bail. *Id.* He has remained continuously in the community since that date. On April 23, 2026, Mr. Moore appeared before Your Honor and pled guilty to being a felon in possession of ammunition, a violation of 18 U.S.C. § 922(g)(1). Prior to the plea hearing, the defense filed a motion requesting the continued release of Mr. Moore pending sentencing. Dkt. No. 70. The Court accepted Mr. Moore's guilty plea, scheduled sentencing for September 3, 2026, and referred the question of post-plea detention or release to Magistrate Judge Krause. Judge Krause concluded that exceptional circumstances justified the continued release of Mr. Moore. Dkt. No. 73. The government did not oppose the defense's application regarding exceptional circumstances at the time.

On July 1, 2026, Mr. Moore promptly informed undersigned counsel and Pretrial Services that he had been arrested and charged with Unlicensed Operation of a Motor Vehicle and Criminal Possession of Controlled Substance in the 7th Degree. He was released on that date and given a desk appearance ticket to appear in Southeast Town Court on August 4, 2026. Pretrial Services issued a violation notice, and Your Honor referred the matter to the magistrate judge for a bail review hearing.

Last Friday, July 7, 2026, Magistrate Judge Krause held a bail hearing. Dkt. No. 77. At the hearing, Pretrial Services continued to support Mr. Moore's ongoing release, but recommended that the Court set a 30-day status check in the matter. Judge Krause concluded that Mr. Moore should continue to be released pending sentencing. Judge Krause modified Mr. Moore's release conditions to include a curfew provision (increased from standalone location monitoring), and set a status conference in the matter for August 7, 2026. Dkt. No. 77. Mr. Moore continues to comply with that condition, along with all other conditions of his release.

On Monday, July 13, 2026, the government informed the defense and Your Honor that it would be seeking an appeal of Judge Krause's decision. The government asked the Court to schedule a bail hearing this Thursday, July 16, or the week of July 20. I informed the government and the Court that I would be unavailable during those periods, as I will be out of the country from July 16 through July 29, without internet access for much of the time. The Court requested the parties file their positions on scheduling on the public docket.

As of the time of this filing, the government has not yet filed its bail appeal. To the extent the government intends to move forward with an appeal**, I ask that the Court schedule a bail hearing in early August—preferably after August 4, 2026, the date of Mr. Moore's appearance in Southeast Town Court, so that this Court has up-to-date information regarding the status of that matter. I also ask that the Court impose a briefing deadline for any defense response due shortly before the bail hearing, so that the defense may thoroughly respond in writing to the government's position.** I will be without internet access for much of the period between July 16 and July 29 and will be unable to respond in writing to the government's appeal during that time. I am also unable to find coverage for a bail hearing, nor would coverage be appropriate, given my longstanding relationship with Mr. Moore and the particularly unique and lengthy history of this case: Mr. Moore has been on pretrial release since December 2024, and has now appeared for three separate bail hearings before two magistrate judges—on each occasion, the magistrates concluding that release is appropriate. This is Mr. Moore's first revocation hearing before this Court in the 18 months he has now been on release.

I appreciate the Court's consideration of this request.

Sincerely,

*<u>/s/ Joy Chen</u>*
Joy Chen
Assistant Federal Defender
Attorney for Foster Moore