UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

FOSTER MOORE, :

Defendant. :

---------------------------------------------------------------x

**SCHEDULING ORDER**

7:25-cr-279 (PMH)

The Sentencing Hearing scheduled for September 3, 2026 is rescheduled to September 9, 2026 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's sentencing submission is due by August 19, 2026 and the Government's sentencing submission is due by August 26, 2026.

**SO ORDERED:**

Dated: White Plains, New York
August 7, 2026

Philip M. Halpern
United States District Judge